254028

# UNITED STATES DISTRICT COURT

**District of Minnesota**

**Case Number:** 01-CV-2263 DWF/SRN

## *PETITION FOR ADMISSION PRO HAC VICE*

***Affidavit of Movant***

I, Kathleen M. Mahoney, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Catherine M. Hobart, an attorney admitted to practice in the State of Georgia, but not admitted to the bar of this court, who will be counsel for the Defendants Newco Construction of America, Inc. and Pat Brown, in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case, and that I accept service of all papers served.

Date: December 7, 2001

Signature

Minnesota Attorney License No.: 66588

| | |
|---|---|
| Law Firm: | Oppenheimer Wolff & Donnelly LLP |
| Suite/Bldg: | Plaza VII, Suite 3300 |
| Street Address: | 45 South Seventh Street |
| City State Zip: | Minneapolis, MN 55402 |
| Telephone: | 612-607-7259 |
| Fax: | 612-607-7100 |

***Affidavit of Proposed Admittee***

I, Catherine M. Hobart, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-CV-2263 DWF/SRN

Judge Assigned:

Case Title: David Harchanko v. Newco Construction of America, Inc., and Pat Brown

Date: December 5, 2001

Signature

Social Security No. 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

Attorney License No. 358121

Dates of Admission: November 1991

| | |
|---|---|
| Law Firm: | Smith, Currie & Hancock LLP |
| Suite/Bldg: | 2600 Harris Tower - Peachtree Center |
| Street Address: | 233 Peachtree Street, N.E. |
| City State Zip: | Atlanta, Georgia 30303-1530 |
| Telephone: | (404) 521-3800 |

Motion Granted:
For the Court, Richard D. Sletten, Clerk

Date: DEC 13 2001

*Note*: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

☐ THIRD DIVISION
708 Federal Bldg.
316 N. Robert Street
St. Paul MN 55101

☒ FOURTH DIVISION
Suite 202
300 South 4th Street
Minneapolis MN 55415

☐ FIFTH DIVISION
417 U.S. Courthouse
515 W. First Street
Duluth MN 55802-1397

DEC 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK