UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION-MINNEAPOLIS

David Harchanko,
Plaintiff,

Civil 01-2263 DWF/SRN

v.

Newco Construction of America, Inc., and
Pat Brown,
Defendants.

COST JUDGMENT

The costs of Defendant Newco Construction of America, Inc. have been taxed and allowed by the Clerk of this Court against Plaintiff David Harchanko as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $ 307.00 | $ 150.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 1,262.55 | $ 1,262.55 |
| Fees for exemplification and copies | $ 288.50 | $ 129.00 |
| Other | $ 1,232.42 | $ 0.00 |
| TOTAL: | $ 3,090.47 | $ 1,541.55 |

Costs, therefore, are taxed in the sum of One Thousand Five Hundred Forty-one Dollars and 55/100 ($1,541.55) in favor of Defendant Newco Construction of America, Inc. and against Plaintiff David Harchanko and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of March 6, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M Leonetti
Amy M. Leonetti
Law Clerk

MAR 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK